OPINION — AG — TITLE 70 O.S. 1965 Supp., 3418 [70-3418](C), DOES NOT AUTHORIZE A BOARD OF COUNTY COMMISSIONERS TO PAY RENTALS ON A BUILDING TO BE USED BY A FARM AND HOME DEMONSTRATION CLUBS OR AGENTS. IT IS THE FURTHER OPINION OF THE ATTORNEY GENERAL THAT SAID SUBSECTION DOES AUTHORIZE A BOARD OF COUNTY COMMISSIONERS TO FURNISH SPACE IN THE COURTHOUSE OR OTHER COUNTY PROPERTY FOR FARM AND HOME DEMONSTRATION PURPOSES. (HARVEY CODY)